IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV116

CAPITAL TEMPFUNDS, )
               Plaintiff, )
               )
    v. )     ORDER
               )
PRO SOURCE STAFFING SOLUTIONS, )
INC., et al. )
             Defendants. )
               )
_____)

THIS MATTER is before the Court upon Plaintiffs' Stipulation of Dismissal without Prejudice. [Docket # 12].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: June 5, 2007

Graham C. Mullen
United States District Judge